# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff** vs. KYLE S. JACKSON, **Defendant.** | CV 20-28-H-CCL ORDER |

The plaintiff having filed an unopposed motion to dismiss this case pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, no counterclaims having been filed in this action, and good cause appearing,

IT IS ORDERED that the above-captioned matter is dismissed with prejudice, each party to bear their own costs and fees. The Clerk of Court is directed to close this case.

Dated this 23rd day of February, 2021.

Charles C. Lovell
Senior United States District Judge

1